UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOD GRUBBS, | |
| Plaintiff, | Docket No. 1:18-cv-68 |
| - against - | JURY TRIAL DEMANDED |
| SARAB STRUCTURAL AND CIVIL, LLC | |
| Defendant. | |

## COMPLAINT

Plaintiff Tod Grubbs ("Grubbs" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Sarab Structural and Civil, LLC ("Sarab" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the Houston skyline, owned and registered by Grubbs, a professional photographer. Accordingly, Grubbs seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Grubbs is professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 21003 West Lakeshore Drive, Spicewood, Texas 78669.

6.      Upon information and belief, Sarab is a limited liability company duly organized and existing under the laws of the State of Texas, with a place of business at 13831 Northwest Fwy #407, Houston, Texas 77040. At all times material, hereto, Sarab has owned and operated a website at the URL: www.sarabstructural.com/ (the "Website").

## STATEMENT OF FACTS

### A.      Background and Plaintiff's Ownership of the Photograph

7.      Grubbs photographed the Houston skyeline (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Grubbs is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph is registered with the United States Copyright Office and was given registration number VAu 1-259-726.

### B.      Defendant's Infringing Activities

11.     Sarab copied the Photograph and placed it on the Website. See https://www.sarabstructural.com/. The article prominently featured the Photograph. A true and correct copy of Photograph on the Website is attached hereto as Exhibit B.

12.     Sarab did not license the Photograph from Plaintiff for its Website, nor did Sarab have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST SARAB)
## (17 U.S.C. §§ 106, 501)

13.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-12 above.

14.     Sarab infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Sarab is not, and has never been, licensed or

otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Sarab have

been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work

infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to

17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant Sarab be adjudged to have infringed upon Plaintiff's copyrights in

        the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.      Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits,

        gains or advantages of any kind attributable to Defendant's infringement of

        Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000

        per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.      That Defendant be required to account for all profits, income, receipts, or other

        benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

        17 U.S.C. § 505;

5.      That Plaintiff be awarded pre-judgment interest; and

6.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
       January 5, 2018

                                                LIEBOWITZ LAW FIRM, PLLC

                                                By: /s/Richard Liebowitz
                                                    Richard P. Liebowitz
                                                11 Sunrise Plaza, Suite 305
                                                Valley Stream, New York
                                                Tel: 516-233-1660
                                                RL@LiebowitzLawFirm.com

                                                *Attorneys for Plaintiff Tod Grubbs*